**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Jack Scott,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Bank of New York Mellon Trust Co. et al,<br><br>　　　　Defendant. | No. CV 11-414-PHX-FJM<br><br>**ORDER** |

　　　　The court has before it plaintiff's Ex Parte Motion for Temporary Restraining Order (doc. 11). Plaintiff asks that we, without notice to the defendants, restrain defendants from enforcing their state court forcible detainer judgment. But there are no allegations that would justify granting such relief without notice. See Rule 65(b)(1), Fed. R. Civ. P. Nor does it appear that there is any probability of success on the merits of the request for a restraining order. Judge Bolton denied a stay in Scott v. Bank of New York, CV 9-2056, and the United States Court of Appeals for the Ninth Circuit denied a stay on February 25, 2011. This action appears to be an effort to relitigate matters already decided.

　　　　Therefore, it is ORDERED DENYING plaintiff's Ex Parte Motion for Temporary Restraining Order. (Doc. 11). This, of course, is without prejudice to whatever rights

plaintiff may have to seek further judicial review of the state court judgment in the state court system.

DATED this 18th day of March, 2011.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge